UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEPHEN M. HUCKEBA, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:05-CV-0437-G |
| GREENVILLE POLICE DEPARTMENT, ) | |
| ) | |
| Respondent. ) | |

## OPINION AND ORDER

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions and recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court, except for the following: (1) on page 1, line 24, in the section entitled "Statement of Case," the word "to" should be deleted in the first sentence; and (2) on page 2, line 15, commas should be inserted before and after "*et seq.*"

It is, therefore, **ORDERED** that the findings, conclusions and recommendation of the United States Magistrate Judge are **ADOPTED**.

July 18, 2005.

```
_____
A. JOE FISH
CHIEF JUDGE
```